UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

SMALL BUSINESS LOAN SOURCE, LLC,

          Plaintiff,

    -against-

HART HOUSE INN, LLC,
ARTHUR D. MOOK,
JENNIFER JO MORGAN,
DEAN T. MOOK,
SARA T. MOOK,
DUDLEY E. DANIELSON,
KATALIN I. DANIELSON,
NEW YORK STATE DEPARTMENT
    OF TAXATION & FINANCE,
JOHN DOE, and JANE DOE,

          Defendants.

C.A. No. 08-CV-1128-DNH-GJD

STIPULATION OF DISMISSAL



ORDER - pg 2

---

    NOW COME PLAINTIFF, Small Business Loan Source, LLC, and Defendants, Hart House Inn, LLC, Arthur D. Mook, Jennifer Jo Morgan, Dean T. Mook, and Sara T. Mook, who hereby stipulate to the dismissal of the complaint, with prejudice, as against Defendants, DEAN T. MOOK and SARA T. MOOK, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Dated: Sept. 4, 2009
       Albany, New York

SMALL BUSINESS LOAN SOURCE, LLC

by its attorneys,

_/s/ Douglas J. Rose_
Douglas J. Rose, Esq.
DEILY, MOONEY & GLASTETTER LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344

1

HART HOUSE INN, LLC,
ARTHUR D. MOOK,
JENNIFER JO MORGAN,
DEAN T. MOOK, and
SARA T. MOOK,

By their attorneys,

_____
Scott C. Paton, Esq.
MCNAMEE, LOCHNER, TITUS & WILLIAMS, PC
677 Broadway
Albany, New York 12207-2503
(518) 447-3200

9/8/09

## ORDER

This Stipulation cannot be filed as written. It is a dismissal against _less than all_ defendants and should be labeled as such. Also, it is unclear whether _less than all_ defendants can stipulate to a dismissal of two defendants since other defendants may have potential (or actual) cross-claims against the dismissed defendants.

GB Brown
U.S.M.J.

2